**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1100
PHOENIX, ARIZONA 85004-1043
TELEPHONE: (602) 240-3000
FAX: (602) 240-6600
(AZ BAR FIRM NO. 00441000)

William A. Wright (AZ Bar No. 025839)
(WWright@ShermanHoward.com)
Attorneys for Defendant Intel Corporation and
Aetna Life Insurance Company

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NANCY WALKER (HOFFMAN),<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, INTEL CORPORATION SHORT-TERM DISABILITY PLAN, AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:10-cv-01100-NVW<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff Nancy Walker (Hoffman) and Defendants Intel Corporation, Intel Corporation Short Term Disability Plan, and Aetna Life Insurance Company stipulate to dismiss this action with prejudice, each person or entity to bear her or its own costs and fees. Fed.R.Civ.P. 41(a)(1)(A)(ii). The Parties have agreed that the new plan administrator will conduct a supplemental administrative review of Plaintiff's claim for short-term disability benefits, which is the subject of this action. The Parties respectfully request that the Court vacate all pending deadlines and court dates.

RESPECTFULLY SUBMITTED: February 15, 2011

/s/ Joel F. Friedman
Joel F Friedman
JEROME, GIBSON, STEWART, FRIEDMAN, STEVENSON & ENGLE, P.C.
1001 North Central, Suite 701
P.O. Box 2551
Phoenix, Arizona 85002-2551
Telephone: (602) 254-8481
Arizona Bar No.: 007688
Attorneys for Plaintiff

/s/ William A. Wright
William A. Wright
SHERMAN & HOWARD L.L.C.
2800 North Central Avenue, Suite 1100
Phoenix, Arizona 85004-1043
Telephone: (602) 240 3000
AZ Bar No. 025839
Attorneys for Defendants

EMPLOY \ 795913.2 \ 047798.010

# **CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2011, the foregoing was electronically filed and transmitted to the following CM/ECF registrant via U.S. Mail.

Joel F. Friedman, Esq.
**JEROME, GIBSON, STEWART,
FRIEDMAN, STEVENSON & ENGLE, P.C.**
1001 North Central Avenue, Ste. 701
Post Office Box 2551
Phoenix, Arizona 5002-8481
Attorneys for Plaintiff

/s/ Tisha A. Davis

EMPLOY \ 795913.2 \ 047798.010