IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Walker,<br><br>             Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company et al.,<br><br>             Defendants. | No. CV 10-1100-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Dismiss with Prejudice (Doc. 17). Pursuant to the Stipulation and the agreement of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** approving the parties' Stipulation to Dismiss with Prejudice (Doc. 17).

**IT IS FURTHER ORDERED** that the matter is dismissed with prejudice, with the parties to bear their own costs and fees.

**IT IS FURTHER ORDERED** that the Scheduling Conference set in the Court's January 12, 2011 Order (Doc. 16) and all other pending deadlines are vacated.

DATED this 15th day of February, 2011.

_____
Stephen M. McNamee
United States District Judge